

**BELIN McCORMICK**
ATTORNEYS AT LAW

Michael R. Reck
Direct Dial: (515) 283-4645
Direct Fax: (515) 558-0645
E-mail: tpodliska@belinmccormick.com

November 21, 2016

Willis J. Hamilton
Hamilton Law Firm, P.C.
P.O. Box 188
606 Ontario Street
Storm Lake, IA 50588

Re: *Wesselmann v. Tyson Foods, Inc.*
USDC, Northern District, Western Division Case No. 15-CV-04247

Dear Mr. Hamilton:

In light of the fact Mr. Wesselmann assaulted Tammie Swanson, she is not comfortable with him being present during her deposition. We hope you and Mr. Wesselmann will respect Ms. Swanson's wishes. If not, please let me know right away, so that we can seek relief from the court. Thank you for your consideration.

Sincerely,

Michael R. Reck
For the Firm

MRR/tp

(02539363)

**EXHIBIT 3**

# HAMILTON LAW FIRM, P.C.

**STORM LAKE OFFICE:**  
606 Ontario Street  
P.O. Box 188  
Storm Lake, Iowa 50588  
Phone: (712) 732-2842  
Fax: (712) 732-6202  

www.hamiltonlawfirmpc.com  
Toll Free (877) 529-3678

WILLIS J. HAMILTON  
STEVE HAMILTON  
MARY C. HAMILTON  
Attorneys

November 21, 2016

**OFFICES ALSO LOCATED IN:**  
Clive, Iowa  
Sioux City, Iowa

James R. Hamilton (1915-1992)  
W.C. Edson (1874-1965)

James R. Hamilton, Jr.  
Paralegal

VIA FAX: 515-558-0645

Michael Reck  
Attorney at Law  
666 Walnut Street, Suite 2000  
Des Moines, IA 50309-3989

RE:   Theodore Wesselmann v. Tyson Foods, Inc.

Dear Mr. Reck,

   Mr. Wesselman did not assault Ms. Swanson, that is the fiction your client used to justify his termination.

   As a party, he is entitled to be present during all depositions and he will be at hers.

   If you want to present your proof to the court, I suggest you file something.

Yours truly,

*Willis H.*  
WILLIS J. HAMILTON  
willis@hamiltonlawfirmpc.com

WJH/mr