IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| THEODORE WESSELMANN,<br><br>    Plaintiff(s)<br><br>Vs.<br><br>TYSON FOODS, INC.,<br><br>    Defendant(s) | Case No. 15-cv-4247-MWB<br><br>**PLAINTIFF'S RESISTANCE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

COMES NOW the Plaintiff and for his resistance to Defendant's Motion states as follows:

1. The parties have arranged for depositions of person identified as having knowledge about the issues in this case.

2. One of the individuals identified by Defendant is a Tyson plant nurse, Tammie Swanson.

3. The Plaintiff has long suffered from petite mal seizures, a condition that has been confirmed by multiple physicians, some of whom are Tyson "plant doctors".

4. Examples of what may occur when the Plaintiff experiences a seizure include falling down, reaching out for balance, drooling, dropping to his knees, wandering off speaking abusively and losing track of time. After a seizure runs its course, the Plaintiff has no memory of the seizure event.

5. Attached hereto is a letter written by Neurologist Dr. James L. Case who previously treated Mr. Wesselmann.

- 2 -

6. The Plaintiff denies that he has ever intentionally assaulted Tammie Swanson, nor has he ever stalked her.

7. No criminal complaint was filed after his September 6, 2014 seizure event by Tammie Swanson.

8. On September 6, 2014 the Plaintiff was delivering paperwork to the plant nurse concerning prior seizure events.

9. Recently the Plaintiff was walking into Walgreens when he encountered Tammie Swanson. They briefly exchanged pleasantries and continued on. Ms. Swanson didn't appear concerned nor did she avoid him.

10. The Plaintiff has been contacted by the Storm Lake Police Department which advised him that Tyson has hired police officers to attend the depositions scheduled for next week.

11. Plaintiff believes that the Motion filed by Tyson is an overreaction and is tactical and unnecessary.

WHEREFORE, the Plaintiff requests that the Motion be denied.

HAMILTON LAW FIRM, P.C.
P.O. BOX 188
606 ONTARIO STREET
STORM LAKE, IOWA 50588
(712) 732-2842
(712) 732-6202 (FAX)

BY: /s/ Willis J. Hamilton
WILLIS J. HAMILTON, AT0003122
willis@hamiltonlawfirmpc.com
ATTORNEY FOR PLAINTIFF(S)

_____
Theodore Wesselmann

STATE OF IOWA            )
                         )  SS.
COUNTY OF BUENA VISTA    )

    I, Theodore Wesselmann, being first duly sworn on oath, state that I have read the foregoing, know the contents thereof and the same is true as I verily believe.

_____
Theodore Wesselmann

    SUBSCRIBED AND SWORN to before me this __23rd__ day of __November__, 2016.



__Carli A. Forbes__
NOTARY PUBLIC

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 23, 2016, the foregoing Plaintiff's Resistance to Defendant's Motion for Protective Order was filed using the Court CM/ECF system, which will send notification of such filing to the following:

Mr. Michael R. Reck
Ms. Kelsey J. Knowles
Ms. Espnola F. Cartmill
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989
mrreck@belinmccormick.com
kjknowles@belinmccormick.com
efcartmill@belinmccormick.com
ATTORNEYS FOR DEFENDANT
TYSON FOODS, INC.

_____
Carli Forbes

**Encounter #8**

**History & Physical Report**
**12/11/2014: Office Visit - Epilepsy (345.90) (William J Andrews, MD)**

*Ted R. Wesselman*
12/11/2014 9:51 AM
Location: Storm Lake Clinic
Patient #:
DOB:
Divorced / Language: English / Race: White
Male

History of Present Illness (William J Andrews, MD; 12/11/2014 10:40 AM)

The patient is a 54 year old male who presents for evaluation in my Epilepsy Clinic. The patient's existing diagnosis is complex partial epilepsy. The onset of the seizures was at 25 years of age. Note for "Seizures": The patient has a longstanding history of epilepsy from the age of 25 or 26. He has had extensive evaluation with doctors Case, Hughes, and Nitz in the past related to his epilepsy. His last neurologic evaluation was in 2010. At that point, he had been on Carbatrol, and was additionally added on a low dose of Keppra 500 mg b.i.d.. His underlying seizure disorder is felt to be complex partial in nature, though multi focal related to underlying gray matter heterotopia. The patient is really not clear with the current frequency of any breakthrough seizure activity is for him. He is known to have had breakthrough seizures on September 4th, 5th, and 6th of this year. Does not recall what happened with these. Apparently, with 1 of the episodes he felt as though she was going to fall, and grabbed the employee health nurse. He does not state where he grabbed her, though does indicate that add sexual harassment charges filed against him subsequent to this episode. Again the patient indicates to me that he does not recall the episode, I do not have any records from and slowly help described the episode. The patient reports to me that Tyson had recommended for him to have neurologic evaluation prior to being cleared to return to work. He then also states however that Tyson did not want him to have neurologic evaluation. I did review this with the referring physician, Dr. Archer, who indicates that the patient is here for additional evaluation with regard to his underlying epilepsy and any recommendations with regard to antiepileptic medication adjustments. The patient reports that he takes his medications "most of the time", and does indicate that he has difficulty with remembering to take his medicines on occasion. He is not currently driving.

Problem List/Past Medical (Dana ZZ-Stevens, RN; 12/16/2014 1:14 PM)
**Primary Care Physician.** Dr. Archer

Allergies (Dana ZZ-Stevens, RN; 12/11/2014 11:04 AM)
**Penicillins (Amoxicillin, Augmentin, PenVK *PENICILLINS***
**Seasonal Allergies**

Family History (Dana ZZ-Stevens, RN; 12/16/2014 1:14 PM)
**Cancer**
**Cerebrovascular Accident**
**Family Status-# of children.** 3
**Family Status-# of siblings.** 3
**Family Status-Father.** alive
**Family Status-Mother.** alive

Social History (Dana ZZ-Stevens, RN; 12/16/2014 1:15 PM)
**Left Hand Dominance**
**Most recent primary occupation.** Tyson - production
**Current work status.** Not working
**Alcohol use.** 12/16/2014: Patient currently drinks liquor having 7 or less drinks per week
**Marital status.** divorced / separated
**Tobacco use.** 12/16/2014: Current every day smoker. Current user of smokeless tobacco, nicotine dependence pamphlet given

Medication History (Dana ZZ-Stevens, RN; 12/11/2014 11:05 AM)
TEGretol (200MG Tablet, 3 tabs Oral two times daily, Taken starting 04/14/2010) Active.
Keppra (500MG Tablet, Oral two times daily, Taken starting 12/11/2014) Active. (1 tab in AM, 1/2 tab in PM)
Medications Reconciled.

Past Surgical History (Dana ZZ-Stevens, RN; 12/16/2014 1:14 PM)
**Hernia Repair**
**Tonsillectomy**

Other Problems (Dana ZZ-Stevens, RN; 12/16/2014 1:14 PM)

Epilepsy
Patient has not been treated for a blood clot. 12/16/2014:
Patient has not been treated for a pulmonary embolism. 12/16/2014:
Patient has not been treated for malignant hyperthermia under anesthesia. 12/16/2014:


Review of Systems (Dana ZZ-Stevens, RN; 12/16/2014 1:14 PM)
**General:** Not Present- Chills, Change in Appetite, Excessive Sleepiness, Fever, Insomnia, Sweats, Swollen Glands and Weight Loss or Gain.
**Skin:** Not Present- Bruising, Changed Mole/Lesion, Inflammation, Open Sores, Rash and Swelling.
**HEENT:** Not Present- Double Vision, Eye Pain, Flashing Lights, Hay Fever, Hearing Problems, Hoarseness, Loss of Vision, Loud Snoring, Nosebleeds, Sinus Discharge, Throat or Mouth Soreness, Wear Glasses and Wears Contacts.
**Respiratory:** Not Present- Coughing Up Blood, Cough, Shortness of Breath and Wheezing.
**Breast:** Not Present- Breast Pain and Lump(s).
**Cardiovascular:** Not Present- Chest Pain, Heart Palpitations and Poor Exercise Tolerance.
**Gastrointestinal:** Not Present- Abdominal Pain, Black Stool, Constipation, Diarrhea and Heartburn.
**Male Genitourinary:** Not Present- Bladder Control Problem, Blood in Urine, Burning on Urination, Kidney or Bladder Infection, Penile Discharge, Sexual Problems and Urination Interfering with sleep.
**Musculoskeletal:** Not Present- Backache, Broken Bone(s), Joint Swelling, Metal Implant(s), Neck Pain, Pain in Muscle(s), Pain in Joint(s), Symptom(s) of Osteoporosis and Weakness.
**Neurological:** Not Present- Dizziness, Facial Pain, Headaches, Imbalance, Memory Loss, Numbness, Paralysis, Tremor and Tingling.
**Psychiatric:** Not Present- Agitation, Hallucinations, Mood changes, Nervousness and Sleep disturbances.
**Endocrine:** Not Present- Blood Sugar too High or Low, Cold or Heat Intolerance, Menopausal Symptoms and Pregnancy.
**Hematology:** Not Present- Anemia, Bleeding Tendency, Blood Clots, DVT and Pulmonary Emboli (PE).


Vitals (Dana ZZ-Stevens, RN; 12/11/2014 11:06 AM)
12/11/2014 11:05 AM
**Weight:** 246 lb **Height:** 71 in
**Body Surface Area:** 2.36 m² **Body Mass Index:** 34.31 kg/m²
**Pulse:** 72 (Regular)
**BP:** 140/90 (Sitting, Left Arm, Standard)


Physical Exam (William J Andrews, MD; 12/11/2014 10:40 AM)
The physical exam findings are as follows:


**General**
**Mental Status** - Alert. **General Appearance** - Anxious, Restless and Consistent with stated age. **Voice** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - no rashes and no bruises.

**Head and Neck**
**Neck**
**Global Assessment** - full range of motion and supple.

**Eye**
**Sclera/Conjunctiva - Bilateral** - non-icteric.

**ENMT**
**Global Assessment**
Examination of related systems reveals - no cervical lymphadenopathy.

**Chest and Lung Exam**
Chest and lung exam reveals - on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
**Auscultation: Rhythm** - Regular. **Heart Sounds** - S1 WNL and S2 WNL.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

**Peripheral Vascular**
**Lower Extremity:**
**Palpation: Edema - Bilateral** - No edema.

**Neurologic**
**Mental Status: Affect** - Congruent with stated mood.
**Cranial Nerves:**
**II Optic: Visual fields** - Normal.
**III Oculomotor: Extraocular movements and INO** - Extraocular movements were intact without nystagmus or ptosis. **IV Trochlear - Bilateral** - Normal.
**V Trigeminal:** - normal bilaterally with normal sensation to the face.
**VI Abducens - Bilateral** - Normal.
**VII Facial:** - Face is symmetrical with full movement.
**VIII Acoustic - Bilateral** - Hearing normal. **IX Glossopharyngeal / X Vagus** - Normal.

**XI Accessory: Trapezius** - Bilateral - Normal. **Sternocleidomastoid** - Bilateral - Normal.
**Motor:**
**Bulk and Contour:** - Normal.
**Strength and Tone:**
**Upper Extremities: Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Intrinsics** - 5/5. **Left Intrinsics** - 5/5.
**Lower Extremities: Right Iliopsoas** - 5/5. **Left Iliopsoas** - 5/5. **Right Quadriceps** - 5/5. **Left Quadriceps** - 5/5. **Right Hamstrings** - 5/5. **Left Hamstrings** - 5/5. **Right Tibialis Anterior** - 5/5. **Left Tibialis Anterior** - 5/5. **Right Gastroc-Soleus** - 5/5. **Left Gastroc-Soleus** - 5/5.
**Tone:** - Normal.
**Involuntary Movements:** - None.
General Assessment of Reflexes: **Right Bicep** - 2+. **Left Bicep** - 2+. Right Tricep - 2+. Left Tricep - 2+. **Right Brachioradialis** - 2+. **Left Brachioradialis** - 2+. **Right Patella** - 2+. **Left Patella** - 2+. **Right Achilles** - 2+. **Left Achilles** - 2+.
**Sensory:**
**Pin Prick:** Intact - Globally.
**Vibration: Intact** - Globally. **Gait and Station** - Gait and station was normal with a narrow base and symmetrical arm swing.
**Cerebellar function** - Finger-to-nose normal , RAM Symmetric on the Right and RAM Symmetric on the Left .

Assessment & Plan (William J Andrews, MD; 12/11/2014 10:48 AM)

Epilepsy (345.90)
**Impression:** We had a lengthy discussion today related to his underlying epilepsy and also his frustration over his current situation. The the patient expresses significant frustration over his suspension from work currently. At one point during our conversation, he became so frustrated that he stated "well then I might as well kill myself". He was able to ultimately contract that he would not hurt himself or others, and denies any ongoing feelings of depression. He apologized, and reported that he was simply acting out of frustration due to his ongoing situation that he has been dealing with for many years. He also expressed significant frustration over his restrictions at work. I did explain to him that all of his current restrictions at work are quite reasonable given his history of epilepsy and breakthrough seizures. I would recommend that he continue to avoid heights, avoid use of sharp objects, and avoid operating heavy machinery. We reviewed the Iowa driving law, and he understands that he is not to be driving for at least 6 months from his last known seizure. I would continue with his current carbamazepine dose. His Keppra dose, however is quite low at only 500 mg in the morning and 250 mg at night. We reviewed plan for gradual titration of this to 500 mg b.i.d. for 1 week, then 750 mg b.i.d. for 2 weeks, then 1 g b.i.d. thereafter. Depending on his clinical course, additional considerations would include further titration to 1500 mg b.i.d. of the Keppra, or addition of Lacosamide. Followup as outlined below, patient is to call sooner with new questions or concerns.
Current Plans
- Started Keppra 1000MG, 1 (one) Tablet two times daily, 60 QS, 30 days starting 12/11/2014, Ref. x5.
  1/2 tab twice daily for 1 week then increase to 1 tab twice daily thereafter
- Follow up in 3 months or as needed


Signed electronically by William J Andrews, MD (12/21/2014 4:36 PM)

# SIOUX CITY NEUROLOGY NEUROSURGERY, P.C.

P.O. Box 3268, Sioux City, IA 51102-3268, Ph. (712)279-2859, Fax (712)279-2547

**Neurosurgery**
Quentin J. Durward, M.D.
Ralph F. Reeder, M.D.
G. Barrie Purves, M.D.
Thorir S. Ragnarsson, M.D.

**Neurology**
James L. Case, M.D.
Christopher A. Hughes, Ph.D., M.D.
Benton J. Davidson, M.D.
Sherrill J. Purves, M.D.

October 20, 1998

Mr. Steve Joyce
Human Resources
John Morrell
Fax #279-7342

RE: Ted Wesselmann

Dear Mr. Joyce:

I am a Board Certified Neurologist in Sioux City, Iowa. Mr. Wesselmann is a patient of mine. He is known to have a seizure disorder. He is on medication to control his seizures. His seizures are quite difficult to control and were incompletely controlled on his current medications, last time I saw him. He is known to have occasional seizures which cause intermittent altered consciousness and involuntary activities. The patient informed me that he had a questionable event at work which he needed to discuss with me.

Today, October 20, 1998, I met with Mr. Wesselmann who informed me that on October 7 he did have a seizure. This was witnessed by fellow coworkers who have seen his seizures in the past. The patient has no memory of this event; however, he was told that he attained a blank stare on his face and uttered involuntary sentences. He told me witnesses informed him that he said "drop to your knees." Just prior to the seizure event he was talking to a new female employee who interpreted his comments during his seizure as being directed to her. Mr. Wesselmann informs me that this has caused great difficulty at work. Witnesses inform Mr. Wesselmann that his spell lasted 45 seconds to 1 minute and he does recall "awakening" while being led into a different room.

Given prior seizure descriptions for this patient and witnesses informing Mr. Wesselmann that his behavior was quite consistent with prior seizures that have been witnessed by them, I believe that his spell as described to me is consistent with a complex partial seizure. During a seizure, it is quite common for patients to have no memory of their activities and to move and act involuntarily. The patient cannot be held responsible, in my judgment for actions during a complex partial seizure as they are involuntary.

Page 2
October 20, 1998
RE: Ted Wesselmann

It was clear after my meeting with Dr. Wesselmann that he is greatly distressed by the accusations leveled against him and is quite concerned that they may be misperceived as intentional comments of an inappropriate nature directed to this employee. It is my hope that you will take my comments into consideration in evaluating this patient's status with respect to this incident and I would be glad to discuss it with you further if you have any questions beyond this letter.

Sincerely,

*Christopher Hughes, MD PhD*

Christopher A. Hughes, M.D., Ph.D.

CAH/cvr

CHART COPY